People of the State of Illinois, Plaintiff-Appellee, v. George Carvin, Defendant-Appellant.

Gen. No. 51,140. (Abstract of Decision.)

First District, Second Division.

October 25, 1966.

E. B. McGuinn, of Chicago, for appellant; Daniel P. Ward, State's Attorney of Cook County, of Chicago (Elmer C. Kissane and Morton E. Friedman, Assistant State's Attorneys, of counsel), for appellee. Opinion by PRESIDING JUSTICE BRYANT. Not to be published in full.